THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLERIDGE A. HART, Appellant, *v.* WILLIAM W. GOODRICH et al., Respondents.

*People ex rel. Hart* v. *Goodrich*, 92 App. Div. 445, affirmed.
(Argued December 12, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1904, which affirmed a final judgment in favor of defendants entered upon a decision of the court at Special Term sus-

taining demurrers to the complaint and directing that it be dismissed.

*Lewis E. Carr* and *Coleridge A. Hart* for appellant.

*Joseph A. Burr, Henry W. Goodrich* and *Henry A. Monfort* for respondents.

Judgment affirmed, with costs, on the opinion of the Appellate Division and that of the Special Term.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Absent: WERNER, J.